Philip E. Weiss, Esq. (No.152523)
BRODSKY, MICKLOW, BULL & WEISS, LLP
2608 Shelter Island Drive, Suite 202
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorney for Plaintiff
Douglas Lambert, dba
Douglas Lambert Insurance Services

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS LAMBERT, dba DOUGLAS LAMBERT INSURANCE SERVICES, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>P/V SAMURAI, Official No. 603902, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, and JAN KIRK, *in personam*, KAREN KIRK, *in personam*, THE JAN AND KAREN KIRK FAMILY TRUST, *in personam* and PACIFIC OUTDOOR ADVENTURES, INC, *in personam*,<br><br>　　　　　　　Defendants. | Case No. **'11 CV0712 DMS BGS**<br><br>IN ADMIRALTY<br><br>VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR FORECLOSURE OF PREFERRED SHIP'S MORTGAGE AND DEFICIENCY JUDGMENT<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

Plaintiff alleges:

1. Plaintiff DOUGLAS LAMBERT, dba DOUGLAS LAMBERT INSURANCE SERVICES is an individual residing in Santa Barbara, and doing business in Santa Barbara, California.

2. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This Honorable Court has admiralty jurisdiction both *in rem*

and *in personam* pursuant to 28 U.S.C. § 1333(1), federal question jurisdiciton under 28 U.S.C. section 1331 and the Commercial Instruments and Federal Maritime Lien Act (former the Ship Mortgage Act), which is embodied at 46 U.S.C. sections 31301-31343.

3. United States Coast Guard records reflect that the Defendant Vessel P/V SAMURAI, Official No. 603902, (the "DEFENDANT VESSEL"), is a 1979 Kelly's Enterprises inspected passenger vessel of 62.2 feet in length and 19.2 feet in beam, and is now afloat upon the navigable waters of the United States and within the jurisdiction of this Honorable Court.

4. On information and belief, PLAINTIFF alleges that Defendant JAN KIRK is an individual residing within San Diego County, California.

5. On information and belief, PLAINTIFF alleges that Defendant KAREN KIRK is an individual residing within San Diego, California.

6. On information and belief, PLAINTIFF alleges that Defendant JAN AND KAREN KIRK FAMILY TRUST is legal entity organized and existing in San Diego County, California.

7. On information and belief, PLAINTIFF alleges that Defendant Pacific Outdoor Adventures, Inc. is the documented owner of the DEFENDANT VESSEL.

8. On information and belief, PLAINTIFF alleges that California Secretary of State records reflect the status of Defendant PACIFIC OUTDOOR ADVENTURES, INC. as "SUSPENDED."

9. On or about July 29, 2009, in order to secure an indebtedness justly due and owing to PLAINTIFF, Defendants JAN KIRK, KAREN KIRK, THE JAN AND KAREN KIRK FAMILY TRUST AND PACIFIC OUTDOOR ADVENTURES, INC. (collectively the *"IN PERSONAM* DEFENDANTS") executed and delivered to PLAINTIFF a Promissory Note - Monthly Installments (the "Promissory Note") in the principal amount of $120,387.00, which required them jointly and severally, to tender 60 monthly installment payments, each in the amount of $2,271.85, commencing the "first day of the calendar month immediately following the month of execution of [the] Promissory Note.

10. The Promissory Note provides that if default were to occur all remaining principal sums plus accrued interest would immediately upon demand be due and payable, and that if suit

1  were to be commenced to enforce the terms of the Promissory Note, the *IN PERSONAM*
2  DEFENDANTS shall pay all associated attorneys' fees and costs. A true and correct copy of this
3  Promissory Note is hereto attached as Exhibit A.

4      11.    In order to secure an indebtedness justly due and owing to PLAINTIFF on account
5  of the provision of insurance for the benefit of the DEFENDANT VESSEL and her owners
6  Defendant JAN KIRK executed and delivered to PLAINTIFF, in his capacity as President of
7  Defendant PACIFIC OUTDOOR ADVENTURES, INC. and in accordance with and pursuant
8  to the Ship Mortgage Act of 1920, as amended, a Preferred Ship Mortgage covering the
9  DEFENDANT VESSEL, and by the terms of that mortgage, assigned, pledged, mortgaged, set
10 over and conveyed the DEFENDANT VESSEL, her engines, tackle, etc., to PLAINTIFF, in
11 order to secure the payment of the Promissory Note described above, and all other obligations
12 of the Preferred Ship Mortgage. A true and correct copy of this Preferred Ship Mortgage is
13 attached hereto as Exhibit "B."

14     12.    On information and belief, since the time she was first sold and at all times since
15 the DEFENDANT VESSEL was, and has been, documented with the United States Coast Guard,
16 and that her current hailing port is the Port of San Diego.

17     13.    The above described Preferred Ship Mortgage was duly filed with the United
18 States Coast Guard Vessel Documentation Center. The Preferred Ship Mortgage does not
19 stipulate that the mortgagee waived its preferred status. All other requirements of the Ship
20 Mortgage Act of 1920, as amended, were met or caused to be met, either by PLAINTIFF
21 mortgagee or the United States Coast Guard Documentation Center. The mortgage debt is a
22 valid preferred ship mortgage lien, and PLAINTIFF mortgagee is entitled to the priority
23 accorded it as a matter of law.

24     14.    PLAINTIFF made repeated requests and demands of Defendant JAN KIRK, the
25 President of the corporate owner of the DEFENDANT VESSEL, for payment of sums due under
26 the Promissory Note, which demands and requests, despite promises of payment, ultimately went
27 unheeded.
28 ///

15. On March 23, 2011 PLAINTIFF's attorney wrote Defendant JAN KIRK a letter (dispatched via Certified and First Class U.S. Mail) in which demand was made for payment within five days of the sum then due under the Promissory Note ($126,372.08), or alternatively that acceptable payment arrangements be in place within such period, and notifying Defendant JAN KIRK that if payment was not tendered or payment arrangements arrived at PLAINTIFF would file a vessel arrest action and seek an Order authorizing the arrest of the DEFENDANT VESSEL. Defendant JAN KIRK has not responded in any way to counsel's letter.

16. The *IN PERSONAM* DEFENDANTS have breached their agreements set forth in the Promissory Note described above and have refused or neglected to pay the indebtedness secured by the Preferred Ship Mortgage described above in accordance with its terms. They have defaulted in failing to pay any monthly installments of principal and interest due. There is presently (as of March 23, 2011) due and unpaid a sum of not less than $126,372.08, including principal and interest calculated at five percent (5%) per annum, as provided for in the Promissory Note. Interest continues to accrue at the contractual rate of five percent (5%) per annum, as specified in the above referenced Promissory Note.

17. PLAINTIFF has incurred and will incur reasonable attorneys' fees, collection costs and expenses, and may be caused to make advances and sustain damages by reason of the defaults of the Defendants, all in amounts not presently ascertainable. PLAINTIFF will amend its pleadings to correctly allege the proper amounts when they become known.

**WHEREFORE**, PLAINTIFF prays:

1. That process in due form of law pursuant to this Court's Admiralty and Maritime Jurisdiction issue against the DEFENDANT VESSEL, her rigging, tackle, apparel, furniture, engines, bunkers, and all other necessaries thereunto appertaining and belonging, and that all persons claiming any interest in her be cited to appear and answer this Verified *in rem* Complaint; that Defendants JAN KIRK, KAREN KIRK, THE JAN AND KAREN KIRK FAMILY TRUST and PACIFIC OUTDOOR ADVENTURES, INC. be cited to appear and answer this Verified Complaint.

///

2. That the Preferred Ship Mortgage be declared to be a valid and subsisting lien, as above described, in an amount of not less than $126,372.08 (as of March 23, 2011), plus additionally accruing interest at the rate of five percent (5%) per annum, late charges and other contractually recoverable fees, and that PLAINTIFF recover said amounts, together with all other amounts which have been or are required to be disbursed by PLAINTIFF for the care, insuring, preservation, storage and mooring of DEFENDANT VESSEL during the pendency of this action, and all other advances, expenses, attorneys' fees, costs and disbursements by PLAINTIFF, together with post-judgment interest at the maximum statutory rate, with such lien declared to be prior and superior to the interest, maritime and non-maritime liens or claims of any and all persons, firms or corporations whatsoever which arose after the date the Preferred Ship Mortgage was filed with the United States Coast Guard Vessel Documentation Center;

3. That the DEFENDANT VESSEL, her rigging tackle, apparel, furniture, engines, bunkers, and all other necessaries thereunto appertaining and belonging be condemned and sold to pay the demands and claims of PLAINTIFF, with interest and costs, and that PLAINTIFF may become a purchaser permitted to credit bid any amounts adjudged to be owing at any sale of the mortgaged property, if the Court determines PLAINTIFF's maritime lien is senior to all others;

4. That it be decreed that any and all persons, firms or corporations claiming any interest in the DEFENDANT VESSEL are forever barred and foreclosed of and from all right or equity of redemption or claim of, in, or to the mortgaged vessel and every part thereof;

5. That PLAINTIFF recover from Defendants JAN KIRK, KAREN KIRK, THE JAN AND KAREN KIRK FAMILY TRUST and PACIFIC OUTDOOR ADVENTURES, INC. The amount of any deficiency, including attorneys' fees, expenses and costs that may be due the PLAINTIFF after applying the proceeds of the sale of the mortgaged DEFENDANT VESSEL to the sums decreed as due under the Promissory Note and Preferred Ship Mortgage.

///
///
///
///

6. That PLAINTIFF have such other and further relief as in justice it may be entitled to receive.

April 1, 2011                    Respectfully submitted,

                                 BRODSKY, MICKLOW, BULL & WEISS

                                 _____s/Philip E. Weiss_____
                                         Attorney for Plaintiff
                                     E-mail: shiplaw@earthlink.net

# VERIFICATION

I, Douglas Lambert, declare under penalty of perjury under the laws of the United States and the State of California as follows:

1. I am the Plaintiff in this action. I am informed and believe that the matters stated in the above Verified Complaint are true and correct.

If called to testify as to the foregoing matters, I could and would competently so testify.

Executed this 5 day of April, 2010 at SAN DIEGO, California.

_____
Douglas Lambert

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
DOUGLAS LAMBERT, dba DOUGLAS LAMBERT INSURANCE SERVICES, an individual

### DEFENDANTS
P/V SAMURAI, Official No. 603902, AND ALL HER ENGINES, TACKLE, ACCESSORIES, etc., in rem

(b) County of Residence of First Listed Plaintiff: **Santa Barbara**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **San Diego**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Brodsky Micklow Bull & Weiss, 2608 Shelter Island Drive, Suite 202, San Diego, CA 92106 - Phone: (619) 225-8884

Attorneys (If Known)

**'11CV0712 DMS BGS**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|                                      | PTF | DEF |                                                                 | PTF | DEF |
|--------------------------------------|-----|-----|-----------------------------------------------------------------|-----|-----|
| Citizen of This State                | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State    | ☐ 4 | ☐ 4 |
| Citizen of Another State             | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State| ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                                               | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 365 Personal Injury - Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability | | | ☐ 950 Constitutionality of State Statutes |
| | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | |
| | ☐ 442 Employment | **Habeas Corpus:** | | |
| | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | |
| | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
46 U.S.C. sections 31301, et seq. 28:1331 - Federal Question (JMD)

Brief description of cause:
Foreclosure on Maritime Lien

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 126,372.08+ accruing interest, fees, costs, attorney fees, post judgment interest

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 04/06/2011
SIGNATURE OF ATTORNEY OF RECORD
[signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____